In re Anthony **JOHNSON**, Petitioner.

No. 16–10011.

United States Court of Appeals, Eleventh Circuit.

March 10, 2016.

Anthony Johnson, Coleman, FL, pro se.

Before ED CARNES, Chief Judge, TJOFLAT, HULL, MARCUS, WILSON, WILLIAM PRYOR, MARTIN, JORDAN, ROSENBAUM, JULIE CARNES, and JILL PRYOR, Circuit Judges.

BY THE COURT:

A member of this Court in active service having requested a poll on whether this case should be reheard en banc, and a majority of the judges of this Court in active service having voted in favor of granting rehearing en banc,

It is ORDERED that this case will be reheard en banc. The panel's February 26, 2016 and January 20, 2016 orders are VACATED.